AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Kentucky__

UNITED STATES OF AMERICA
V.
BRETT JOHNSON

**CRIMINAL COMPLAINT**

Case Number:

EASTERN DISTRICT OF KENTUCKY
FILED
AUG 28 2007
EDWARD B. ATKINS

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __August 27, 2007__ in __Boyd__ County, in
(Date)
the __Eastern__ District of __Kentucky__ defendant(s) did,

*(Track Statutory Language of Offense)*

Escape Federal Prisoner, Title 18, United States Code, Section 751(a)
Escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General.

in violation of Title __18__ United States Code, Section(s) __751(a)__.

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the
Official Title
following facts:

SEE ATTACHED AFFIDAVIT OF LONNIE M. LYNCH

Continued on the attached sheet and made a part of this complaint: ☒ Yes  ☐ No

_____
Signature of Complainant

Lonnie M. Lynch
Printed Name of Complainant

Sworn to before me and signed in my presence,

__August 28, 2007__ at __Ashland, Kentucky__
Date                                              City and State

__Edward B. Atkins, U.S. Magistrate Judge__      _____
Name and Title of Judge                           Signature of Judge