## AFFIDAVIT

I, Lonnie M. Lynch, being duly sworn, depose, and state:

1. I am a Deputy United States Marshal, and have held this position for approximately nineteen years. I am currently assigned to Ashland, Kentucky office of the United States Marshal Service in the Eastern District of Kentucky.

2. The information set forth below was either personally observed by me or furnished to me in my official capacity.

3. **BRETT JOHNSON** has been convicted of violations Title 18, United States Code, Sections 371, 1028A(a)(1), 287 and 2, and 513, these convictions were under the docket number 3:06CR1129-CMC (01) in the United States District Court for the District of South Carolina.

4. On or about May 30, 2007, in the United States District for the District of South Carolina, **JOHNSON** was sentenced to the custody of the Attorney General for SEVENTY FIVE (75) months with THREE (3) years term of supervised release in 3:06CR1129-CMC.

5. On June 12, 2007, at the direction of the United States Attorney General and the Bureau of Prisons, **JOHNSON** was designated to the Federal Prison Camp, Ashland, Kentucky.

6. On August 27, 2007, Terri Edwards, Inmate Systems Officer, for the Federal Prison Camp, Ashland, Kentucky advised me that inmate **JOHNSON** at 3:15 p.m. emergency institutional count was not present or otherwise accounted for. After a further check of the inmates and the grounds of the institution failed to uncover inmate **JOHNSON**. **JOHNSON** was not authorized to leave the institution by any Bureau of Prisons personnel

and has failed to return to said institution. **JOHNSON** was presently in custody for violations of Title 18, United States Code, Sections 371, 1028A(a)(1), 287 and 2, and 513. To date, **JOHNSON** has neither returned to nor made contact with the Federal Prison Camp, and his current whereabouts is unknown.

7. All of the events described herein, in relation to the escape of **JOHNSON** occurred in the Eastern District of Kentucky.

FURTHER AFFIANT SAYETH NAUGHT

Lonnie M. Lynch, Criminal Investigator,
United States Marshal Service

Sworn and subscribed before
me the 28 day of August, 2007.

Edward B. Atkins
United States Magistrate Judge
Eastern District of Kentucky